GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA DUARTE, | Case No.:  2:07-cv-0685-MCE-KJM |
| Plaintiff, | [Solano County Case No.:  FCS 028642] |
| vs. | **ORDER GRANTING STIPULATED DISMISSAL OF TRANSFERRED CASE AND ALL CAUSES OF ACTION** |
| TARGET CORPORATION and DOES 1-100, inclusive, | |
| Defendants. | Complaint Filed:  October 27, 2006 |

The Court, having received and reviewed the attached Stipulation and Request for Dismissal of Transferred Case and All Causes of Action, and good cause appearing therefrom:

IT IS HEREBY ORDERED that Case No.: 2:07-CV-00685-MCE-KJM is dismissed.

DATED:   April 20, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

Dockets.Justia.com