1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
    CECILIA DUARTE,                    )   Case No.: 2:07-cv-0685-MCE-KJM
11                                     )
              Plaintiff,               )   [Solano County Case No.:  FCS 028642]
12                                     )
    vs.                                )   **ORDER GRANTING STIPULATED**
13                                     )   **DISMISSAL OF TRANSFERRED CASE**
    TARGET CORPORATION and DOES 1-100,)    **AND ALL CAUSES OF ACTION**
14  inclusive,                         )
                                       )
15            Defendants.              )   Complaint Filed:  October 27, 2006
                                       )
16  _____    )

17      The Court, having received and reviewed the attached Stipulation and Request for

18  Dismissal of Transferred Case and All Causes of Action, and good cause appearing therefrom:

19      IT IS HEREBY ORDERED that Case No.: 2:07-CV-00685-MCE-KJM is dismissed.

20
    DATED:   April 20, 2007
21

22  _____
    MORRISON C. ENGLAND, JR
23  UNITED STATES DISTRICT JUDGE

-1-